UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY EILEEN D., | ) CASE NO. CV 18-10691-VBF (PJW) |
|              Plaintiff, | ) |
|         v. | ) ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |
|              Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

Dated: June 17, 2020

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE