UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY EILEEN DELANGE ) | CASE NO. CV 18-10691-VBF (PJW) |
| Plaintiff, ) | ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) AND COSTS PURSUANT TO 28 U.S.C. §1920 |
| vs. ) | |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ) | |
| Defendant ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $6,500.00 in attorney's fees as authorized by 28 U.S.C. § 2412, as well as reimbursement for costs of

/
/
/
/
/
/
/
/

\#

the $400.00 filing fee as authorized by 28 U.S.C. § 1920, subject to the terms of the stipulation.

IT IS SO RECOMMENDED:

Dated: September 16, 2020

*Paul L. Abrams*

HON. PAUL L. ABRAMS
United States Magistrate Judge

IT IS SO ORDERED:

Dated: October 26, 2020      /s/ Valerie Baker Fairbank

HON. VALERIE B. FAIRBANK
Senior United States District Judge